# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SUSAN RILEY,

        Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (COMMONWEALTH OF
PENNSYLVANIA),

        Respondents

: No. 487 MAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.